**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**SHREVEPORT DIVISION**

| | |
|---|---|
| ALEX M. MITCHELL | CIVIL ACTION NO. 22-5681 |
| VERSUS | JUDGE S. MAURICE HICKS, JR. |
| LOUISIANA STATE UNIVERSITY IN SHREVEPORT | MAGISTRATE JUDGE HORNSBY |

**JUDGMENT**

Based on the foregoing Memorandum Ruling,

**IT IS ORDERED** that the Motion to Dismiss Pursuant to Federal Rules of Civil Procedure 4(m) and 12(b)(6) (Record Document 13) filed by Defendant Louisiana State University in Shreveport be and is hereby **GRANTED** pursuant to Rule 12(b)(6). Plaintiff Alex M. Mitchell's claims against Louisiana State University in Shreveport are **DISMISSED WITH PREJUDICE**.

The Clerk of Court is directed to close this case.

**THUS DONE AND SIGNED,** in Shreveport, Louisiana, this 25th day of May, 2023.

_____
United States District Judge